**Order entered December 10, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00950-CV

## IN THE INTEREST OF D.S.B. AND K.A.B., CHILDREN

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-11214**

## ORDER

On November 19, 2014, the Court granted appellant's motions to file an amended brief and ordered appellant to file an amended brief by December 19, 2014. In that order, the Court noted that the reporter's record was filed one day prior to appellant's brief. On November 26, 2014, appellant filed a motion to proceed asking the Court to proceed with the appeal on the First Amended Principal Brief that she filed one day after the reporter's record was filed. This brief does not contain appropriate citations to the reporter's record. For this reason, some or all of appellant's issues may be subject to waiver. *See* TEX. R. APP. P. 38.1(i); *Keyes Helium Co. v. Regency Gas Servs., L.P.*, 393 S.W.3d 858, 861 (Tex. App.—Dallas 2012, no pet.).

Accordingly, we **GRANT** the motion **TO THE EXTENT** that, if appellant does not file an amended brief with appropriate citations to the reporter's record within **TEN DAYS** of the date of this order, the appeal will be submitted on her First Amended Principal Brief subject to the waiver provisions of rule of appellate procedure 38.1(i).

Appellee's brief is due **FORTY DAYS** from the date of this order.

/s/     ELIZABETH LANG-MIERS
           JUSTICE